IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SYDNEY LALOR,<br><br>Plaintiff,<br><br>v.<br><br>HAWKEYE HOTELS, INC. d/b/a HOTEL FORT DES MOINES, HILTON FRANCHISE HOLDING, L.L.C. d/b/a HILTON WORLDWIDE AND CURIO COLLECTION BY HILTON, FIRST HOSPITALITY L.L.C, FIRST HOSPITALITY GROUP, INC., BRAD JOHNSON, KYLE MIRIANI, DILLON DOUGLAS, and NEAL UPADHYAY,<br><br>Defendants. | CASE No. 4:24-cv-0072-SMR-WPK<br><br>**PLAINTIFF'S PARTIAL VOLUNTARY DISMISSAL** |

COMES NOW, Plaintiff Sydney Lalor, by and through counsel, and hereby voluntarily dismisses the following:

- Defendant Hawkeye Hotels, Inc. d/b/a Hotel Fort Des Moines

- Defendant Hilton Franchise Holding, LLC. d/b/a Hilton Worldwide and Curio Collection by Hilton

- Count III-Assault and Battery

This dismissal is without prejudice and does not affect any claims or other Defendants.

/s/ Roxanne Conlin
ROXANNE CONLIN AT0001642
TYLER K. ADAMS AT0014549
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477

1

Email: roxanne@roxanneconlinlaw.com,
tadams@roxanneconlinlaw.com,
cc:  dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

Original efiled with copy to:

Bridget R. Penick
bpenick@fredlaw.com
Olivia N. Norwood
onorwood@fredlaw.com
FREDRIKSON & BYRON, P.A.
ATTORNEYS FOR DEFENDANTS
HAWKEYE HOTELS, INC.; FIRST
HOSPITALITY, LLC; FIRST
HOSPITALITY GROUP, INC.;
KERRI BLANCHARD; KYLE
MIRIANI; DILLON DOUGLAS; NEIL
UPADHYAY; AND BRIAN ATKINS

Kelsey J. Knowles
kjknowles@belinmccormick.com
BELIN MCCORMICK

Norman M. Leon*
DLA Piper LLP (US)
Norman.leon@us.dlapiper.com
*pro hac vice application forthcoming
Bethany L. Appleby*
DLA Piper LLP (US)
Bethany.appleby@us.dlapiper.com
*pro hac vice application forthcoming

ATTORNEYS FOR HILTON FRANCHISE
HOLDING LLC