IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SYDNEY LALOR,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST HOSPITALITY L.L.C, FIRST HOSPITALITY GROUP, INC., HOSPITALITY STAFFING, INC., BRAD JOHNSON, KYLE MIRIANI, DILLON DOUGLAS, and NEAL UPADHYAY,<br><br>    Defendants. | CASE NO. 4:24-cv-0072-SMR-WPK<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

COMES NOW all Parties to this matter, by and through counsel, and state to the Court that this matter has been resolved and hereby voluntarily dismiss the above captioned matter in its entirety with prejudice.

.

/s/ Tyler K. Adams
ROXANNE CONLIN AT0001642
TYLER K. ADAMS AT0014549
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477

Email: roxanne@roxanneconlinlaw.com
           tadams@roxanneconlinlaw.com
       cc: dpalmer@roxanneconlinlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Olivia N. Norwood
Bridget R. Penick (AT6147)
bpenick@fredlaw.com
Olivia N. Norwood (AT13429)

onorwood@fredlaw.com
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1972
Telephone:  (515) 242-8900
Facsimile:  (515) 242-8950

**ATTORNEYS FOR DEFENDANTS**

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2024, the foregoing document was electronically filed through the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

Signature:  _Tyler K. Adams_____